*Wednesday, January 29, 1997*

## MERIT DOCKET

**96–2585. Coleman v. Ohio Adult Parole Auth.**
Franklin App. No. 96APE03–353. On motion to dismiss and on motion for hearing on appellee's motion to dismiss. *Sua sponte,* cause dismissed.
    Moyer, C.J., Douglas, Resnick, Cook and Lundberg Stratton, JJ., concur.

F.E. SWEENEY, J., would grant the motion to dismiss and deny the motion for hearing.

PFEIFER, J., would deny the motion to dismiss and deny the motion for hearing.